**Order entered September 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01672-CR
No. 05-13-01720-CR

**FRANCISCO JAVIER ESCOBAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-59278-M, F11-71776-M**

## ORDER

These appeals are **REINSTATED**. We **VACATE** our order of July 30, 2014 requiring the trial court to make findings of fact regarding why appellant's brief was not filed.

Appellant's August 28, 2014 motion to rescind abatement and to file his brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on August 28, 2014 is **DEEMED** timely filed on the date of this order. The supplemental clerk's records containing the certifications of the right to appeal and the amended notices of appeal have been filed.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/       LANA MYERS
          JUSTICE